IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACOBI LAMONT WILLIAMS,                )
                                       )
                    Petitioner,        )
                                       )
        v.                             )        1:11CV947
                                       )        1:06CR28-1
UNITED STATES OF AMERICA,              )
                                       )
                    Respondent.        )

ORDER

On July 1, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #49] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #47] which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. #31] is GRANTED, that Petitioner's Motion [Doc. #22] to vacate, set aside or correct sentence is DENIED, that this action is DISMISSED, and, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 7th day of August, 2014.

_____
United States District Judge